RECVD'03 DEC 17 16:26 USDC-ORP

FILED'03 DEC 18 14:07 USDC-ORP

Bruce C. Hamlin, OSB No. 79254
**LANE POWELL SPEARS LUBERSKY LLP**
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
Email: hamlinb@lanepowell.com

Attorneys for Defendants Litton Loan Servicing

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GARY HULSE and JUDITH HULSE** | CV No. CV 02-1633 KI |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| **OCWEN FEDERAL BANK, FSB,** a New Jersey corporation, **OCWEN FINANCIAL SERVICE, INC.,** a New Jersey corporation, **LITTON LOAN SERVICING L.P.,** a Texas limited partnership, and **DAVID FENNELL**, an individual, | (Litton Loan Servicing Only) |
| Defendants. | |

Pursuant to Fed R Civ P 41(a)(2), the parties through their undersigned counsel stipulate to the dismissal of Litton Loan Servicing L.P. in this action with prejudice and without costs to any party.

PAGE 1 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

DATED this 16 day of December, 2003.

SLOMINSKI & ASSOCIATES

By _____
Terrance J. Slominski, OSB No.
Telephone: (503) 968-2505
Attorneys for Plaintiff

DATED this 17th day of December, 2003.

LANE POWELL SPEARS LUBERSKY LLP

By _____
Bruce C. Hamlin, OSB No. 79254
Telephone: (503) 778-2100
Attorneys for Defendants
Litton Loan Servicing L.P.

BASED on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action against defendants Litton Loan Servicing L.P. is hereby dismissed with prejudice and without costs to any party.

ORDERED this 18 day of Dec, 2003.

_____
Honorable Garr M. King

PAGE 2 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE